**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| 62-64 KENYON STREET HARTFORD, LLC ET AL : | CIVIL ACTION NO. |
| : | 3:16-CV-00617(VAB) |
|    **Plaintiffs** : | |
| vs. : | |
| : | |
| CITY OF HARTFORD : | |
|    **Defendant** : | |
| : | **NOVEMBER 15, 2018** |

### PLAINTIFFS' MOTION TO WITHDRAW ACTION

The Plaintiffs, 62-64 Kenyon Street Hartford, LLC and Paul Rosow (collectively, the "Plaintiffs"), hereby respectfully request that this Court grant their Motion to Withdraw this action (the remaining counts under consideration by this Court are with regard to federal constitutional claims under vagueness and the commerce clause).  The Plaintiffs plan to go in a different direction.

**WHEREFORE;** the Court should grant this Motion.

                                                THE PLAINTIFFS

By:   /s/ Jared M. Alfin, Esq.
        Jared M. Alfin, Esq. (ct26704)
        Hassett & George, P.C.
        945 Hopmeadow Street
        Simsbury, CT 06070
        Telephone No.:(860) 651-1333
        Facsimile No.: (860) 651 1888
        jalfin@hgesq.com

## **CERTIFICATION**

This is to certify that on this 15th of November, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

/s/ Jared M. Alfin
Jared M. Alfin, Esq.
